IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACIEJ MURAKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-475 *** |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of James D. Taylor, Jr. for Defendant University of Delaware in this action.

BUCHANAN INGERSOLL & ROONEY

/s/ 

William E. Manning, Esquire (#697)
James D. Taylor, Jr., Esquire (#4009)
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
william.manning@bipc.com
james.taylor@bipc.com
jennifer.becnelguzzo@bipc.com

*Attorneys for the University of Delaware*

August 22, 2007

#1008616-v1