IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACIEJ MURAKOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-475*** |
| | ) |
| UNIVERSITY OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that on this 27th day of August, 2007, I caused to be served upon the below-listed counsel for the defendant two copies of Plaintiff's First Set of Interrogatories and First Request for Production of Documents Directed to Defendant via first class mail, postage prepaid:

>William E. Manning, Jr., Esq.
>Buchanan Ingersoll & Rooney,
>The Brandywine Building
>1000 West Street, Suite 1410
>Wilmington, DE 19801

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766
>Attorney for plaintiff Maciej Murakowski

Dated: August 27, 2007

**CERTIFICATE OF SERVICE**

      I, David L. Finger, hereby certify that on this 27th day of August, 2007, I electronically filed a copy of the foregoing Notice of Service of Discovery using CM/ECF, which will cause notice of such filing to be served electronically on the below-listed counsel of record:

      William E. Manning, Jr., Esq.
      Buchanan Ingersoll & Rooney,
      The Brandywine Building
      1000 West Street, Suite 1410
      Wilmington, DE 19801

      /s/ David L. Finger
      David L. Finger (DE Bar ID #2556)
      Finger & Slanina, LLC
      One Commerce Center
      1201 Orange Street, Suite 725
      Wilmington, DE 19801-1155
      (302) 884-6766
      Attorney for plaintiff Maciej Murakowski