IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MACIEJ MURAKOWSKI,          )
                                           )
          Plaintiff,         )     C.A. No. 07-475 \*\*\*
                                           )
          v.                   )
                                         )
UNIVERSITY OF DELAWARE,     )
                                         )
          Defendant.    )

## NOTICE OF SERVICE

I, Jennifer M. Becnel-Guzzo, hereby certify that true and correct copies of the foregoing **Defendant University of Delaware's Initial Disclosures** and this **Notice of Service** were served this 31st day of October 2007, as follows:

By U.S. Mail:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE 19801-1155

BUCHANAN INGERSOLL & ROONEY

_____
William E. Manning, Esquire (#697)
James D. Taylor, Jr., Esquire (#4009)
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801
(302) 552-4200
(302) 552-4295 (facsimile)
william.manning@bipc.com
james.taylor@bipc.com
jennifer.becnelguzzo@bipc.com
*Attorneys for the University of Delaware*

#1009507-v1