IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACIEJ MURAKOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CA. No. 07-475*** |
| | ) |
| UNIVERSITY OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Jennifer Becnel Guzzo, hereby certify that true and correct copies of the foregoing **Defendant University of Delaware's Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents Directed to Defendant** and this **Notice of Service** were served this 16th day of November 2007, as follows:

<u>By First Class Mail</u>:

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center, Suite 725
1201 North Orange Street
Wilmington, DE 19801-1155

BUCHANAN INGERSOLL & ROONEY

*/s/ Jennifer Becnel-Guzzo*
William E. Manning, Esquire (#697)
James D. Taylor, Jr., Esquire (#4009)
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
william.manning@bipc.com
james.taylor@bipc.com
jennifer.becnelguzzo@bipc.com
*Attorneys for the University of Delaware*

#1009704-v1