**FINGER & SLANINA, LLC**
ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

January 3, 2007

**Via E-filing**
The Hon. Mary Pat Thynge
U.S. District Court for the District of Delaware
844 N. King St., Lock Box 8
Wilmington, DE 19801

      Re:    *Murakowski v. University of Delaware*, C.A. No. 07-475***

Dear Judge Thynge:

      In accordance with Your Honor's Order entered on October 25, 2007, and in anticipation of the teleconference scheduled for January 9, 2008 at 8:30 a.m., this is the parties' joint status report:

      1.    The parties have agreed to request that this matter be referred to Your Honor for all purposes. The parties expect to file the necessary paperwork within the next few days.

      2.    The parties have further agreed to limit discovery to that which has already been taken, subject to resolution of certain discovery disputes. If these disputes are not resolved shortly, I expect to file a motion to compel.

      3.    In light of the limitation on discovery, the parties anticipate filing motions for summary judgment relatively promptly (depending on how long it takes to resolve the outstanding discovery disputes).

      As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

      Respectfully,

      David L. Finger
      (DE Bar ID #2556)

cc:    William E. Manning, Esq. (via CM/ECF)