**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

**William E. Manning**
302 552 4210
william.manning@bipc.com

The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
T 302 552 4200
F 302 552 4295
www.buchananingersoll.com

January 8, 2008

**VIA CM/ECF**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

    Re:  *Murakowski v. University of Delaware*
          C.A. No. 07-475 \*\*\*

Your Honor:

    Last week the parties provided the Court with an interim status report regarding the above referenced matter, and currently a status conference is scheduled for tomorrow, January 9. The parties do not believe there is anything further to report to the Court at this time, and respectfully request that the status conference be taken off the Court's calendar pursuant to ¶8 of the Scheduling Order.

    We are available at the Court's convenience, should Your Honor have any questions.

                            Respectfully submitted,

                            William E. Manning (#697)

WEM/psr
cc:    David L. Finger, Esquire
        James D. Taylor, Jr., Esquire
        Jennifer M. Becnel-Guzzo, Esquire