IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACIEJ MURAKOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CA. No. 07-475*** |
| | ) |
| UNIVERSITY OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER CONSENTING TO THE EXERCISE OF JURISDICTION
BY UNITED STATES MAGISTRATE JUDGE THYNGE**

WHEREAS, Plaintiff Maciej Murakowski ("Murakowski" or "Plaintiff") filed a Complaint against Defendant University of Delaware (the "University" or "Defendant") on August 1, 2007; and

WHEREAS, the case was assigned to the vacant judicial position; and

WHEREAS, in an effort to expedite the disposition of this matter, the parties wish to have the case heard by United States Magistrate Judge Thynge.

NOW THEREFORE, the parties stipulate and agree as follows:

1. All discovery, including without limitation depositions, document requests, interrogatories and requests for admissions is complete; excepting only any continuing dispute regarding: a) the University's responses to Plaintiff's Interrogatories Nos. 1, 2 and 10; b) Plaintiff's Requests for Production No. 3, served on or about November 16, 2007; and c) whether the University has properly redacted information from documents it has produced (collectively, the "Disputed Items"). The parties have previously exchanged positions regarding the Disputed Items, and nothing herein shall be construed to permit expansion of the scope of those Disputed Items nor to prevent Plaintiff from filing a motion to compel with respect to the Disputed Items. No further discovery shall be permitted (subject to objections already raised by the University)

by this exception other than the written information currently sought by those interrogatories and as since amplified by Plaintiff's counsel.

2. The parties in this case consent to have United States Magistrate Judge Mary Pat Thynge conduct any and all proceedings in this case, including summary judgment briefing and the trial, enter a final judgment, conduct any and all post-judgment proceedings and generally exercise the powers of a United States District Judge in this case.

3. All other provisions of the Court's Scheduling Order entered on or about October 25, 2007, shall remain in effect.

| FINGER & SLANINA, LLC | BUCHANAN INGERSOLL & ROONEY |
|---|---|
| /s/ David L. Finger<br>David L. Finger (#2556)<br>One Commerce Center, Suite 725<br>1201 North Orange Street<br>Wilmington, DE 19801<br>(302) 884-6766<br>*Attorney for Plaintiff Maciej Murakowski* | /s/ William E. Manning<br>William E. Manning, Esquire (#697)<br>James D. Taylor, Jr., Esquire (#4009)<br>Jennifer M. Becnel-Guzzo, Esquire (#4492)<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>(302) 552-4200<br>(302) 552-4295 (facsimile)<br>william.manning@bipc.com<br>james.taylor@bipc.com<br>jennifer.becnelguzzo@bipc.com<br>*Attorneys for Defendant University of Delaware* |

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Mary Pat Thynge