IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACIEJ MURAKOWSKI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 07-475-*** |
| | : |
| UNIVERSITY OF DELAWARE, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **23rd** day of **January, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, January 30, 2008 at 11:00 a.m.** with Magistrate Judge Thynge to discuss the schedule in the above matter. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                  /s/ Mary Pat Thynge
                                                  UNITED STATES MAGISTRATE JUDGE