

**William E. Manning**
302 552 4210
william.manning@bipc.com

The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
T 302 552 4200
F 302 552 4295
www.buchananingersoll.com

January 23, 2008

**VIA CM/ECF**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street, Lock Box 8
Wilmington, DE 19801

Re:   *Murakowski v. University of Delaware*
       C. A. No. 07-475-***

Your Honor:

Just a short time ago, we received a notice from the Court scheduling a teleconference on January 30, 2008 at 11:00 a.m. in the above referenced matter. Unfortunately, counsel for the University will be attending court in another University matter at that time and will not be available to attend this teleconference. I apologize for any inconvenience.

May we reschedule the teleconference for another day and time? If Your Honor prefers, I will be happy to have my secretary contact Your Honor's chambers and Mr. Finger to determine a mutually convenient time for the teleconference.

Should Your Honor have any questions, we are available at the Court's convenience.

Respectfully submitted,

William E. Manning (#697)

WEM/psr
cc:   David L. Finger, Esquire
      James D. Taylor, Jr., Esquire
      Jennifer M. Becnel-Guzzo, Esquire

#1010522-v1

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC