IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACIEJ MURAKOWSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-475-MPT |
| | : | |
| UNIVERSITY OF DELAWARE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **25th** day of **January, 2008**.

IT IS ORDERED that the teleconference scheduled for Wednesday, January 30, 2008 at 11:00 a.m. with Magistrate Judge Thynge to discuss the schedule in the above matter has been rescheduled for **February 7, 2008 at 11:30 a.m.  William E. Manning, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE