IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACIEJ MURAKOWSKI, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-475-(MPT) |
| UNIVERSITY OF DELAWARE, | : | |
| Defendant. | : | |

### SUPPLEMENTAL SCHEDULING ORDER

This 14 day of February, 2008, the Court having conducted a Rule 16 scheduling conference pursuant to Local Rule 16.2(a) on February 7, 2008, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation, or binding arbitration.

IT IS ORDERED that the initial Scheduling Order dated October 25, 2007 (D.I. 13) shall be revised as follows:

11.    <u>Pretrial Conference</u>.  On September 18, 2008 the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 5:30 p.m.  Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3).  The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before September 11, 2008.

12.    <u>Motions *in Limine*</u>.  Motions *in limine* shall not be separately filed.  All *in limine* requests and responses thereto shall be set forth in the proposed pretrial order.

Each party shall be limited to five *in limine* requests, unless otherwise permitted by the Court. The *in limine* request and any response shall contain the authorities relied upon; each *in limine* request may be supported by a maximum of three pages of argument and may be opposed by a maximum of three pages of argument. If more than one party is supporting or opposing an *in limine* request, such support or opposition shall be combined in a single three (3) page submission, unless otherwise ordered by the Court. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

      13.    <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>. Where a case is to be tried to a jury, pursuant to Local Rules 47 and 51 the parties should file proposed voir dire, instructions to the jury, and special verdict forms and jury interrogatories three full business days before the final pretrial conference. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains the instructions, proposed voir dire, special verdict forms, and jury interrogatories.

      14.    <u>Trial</u>. This matter is scheduled for a two-day bench trial beginning at 9:00 a.m. on October 1, 2008 with the remaining trial day, October 2, 2008, beginning at 10:00 a.m. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 4.5 hours to present their case.

_____
UNITED STATES MAGISTRATE JUDGE

#1010832-v1