(26)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MACIEJ MURAKOWSKI, )
)
Plaintiff, )
)
v. ) C.A. No. 07-475 (MPT)
)
UNIVERSITY OF DELAWARE, )
)
Defendant. )
)

## STIPULATED BRIEFING SCHEDULE

It is hereby stipulated, by and between the parties, and subject to the approval of the Court, that the following dates shall govern the summary judgment briefing in the above-captioned action:

| | |
|---|---|
| Plaintiff's motion for summary judgment and opening brief in support thereof | March 17, 2008 |
| Defendant's answering brief, cross-motion for summary judgment and opening brief in support thereof | April 9, 2008 |
| Plaintiff's reply brief in support of its motion for summary judgment and answering brief in opposition to Defendant's motion | April 25, 2008 |
| Defendant's reply brief in support of its motion for summary judgment | May 9, 2008 |
| Plaintiff's sur-reply brief in support of its motion for summary judgment (not to exceed 5 pages) | May 16, 2008 |

| FINGER & SLANINA, LLC | BUCHANAN INGERSOLL & ROONEY |
|---|---|
| /s/ David L. Finger | /s/ William E. Manning |
| David L. Finger (#2556) | William E. Manning, Esquire (#697) |
| One Commerce Center | James D. Taylor, Jr., Esquire (#4009) |
| 1201 N. Orange Street, Suite 725 | Jennifer Becnel-Guzzo, Esquire (#4492) |
| Wilmington, DE 19801 | 1000 West Street, Suite 1410 |
| (302) 884-6766 | (302) 552-4200 |
| *Attorneys for Plaintiff* | Wilmington, DE 19801 |
| | *Attorneys for Defendants* |

IT IS SO ORDERED this __12__ day of March, 2008

_____
Magistrate Judge

Change in the dispositive motion schedule may result in the loss of the trial date.

#1011291-v1