IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACIEJ MURAKOWSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSITY OF DELAWARE, ) <br> ) <br> Defendant. ) | C.A. No. 07-475-MPT |

**DEFENDANT UNIVERSITY OF DELAWARE'S**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Defendant University of Delaware, by and through its undersigned counsel, hereby moves this Court for an Order granting summary judgment in its favor for the reasons set forth in the accompanying Opening Brief in Support of this motion. A form of order is attached hereto.

                                                                      BUCHANAN INGERSOLL & ROONEY

                                                                      _____
                                                                      William E. Manning, Esquire (#697)
                                                                      James D. Taylor, Jr., Esquire (#4009)
                                                                      Jennifer M. Becnel-Guzzo, Esquire (#4492)
                                                                      The Brandywine Building
                                                                      1000 West Street, Suite 1410
                                                                      Wilmington, DE  19801
                                                                      (302) 552-4200
                                                                      (302) 552-4295 (facsimile)
                                                                      william.manning@bipc.com
                                                                      james.taylor@bipc.com
                                                                      jennifer.becnelguzzo@bipc.com

                                                                      *Attorneys for the University of Delaware*

April 9, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACIEJ MURAKOWSKI, | ) |
| | ) C.A. No. 07-475-MPT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNIVERSITY OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**AND NOW,** the Court, this _____ day of _____, upon consideration of Defendant University of Delaware's Motion for Summary Judgment does hereby **ORDER**:

(1) Defendant University of Delaware's Motion for Summary Judgment is **GRANTED**;

(2) Judgment is entered in favor of Defendant University of Delaware and against Plaintiff Maciej Murakowski on all counts of the Complaint; and

(3) The Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED:**

_____
The Honorable Mary Pat Thynge

#1011585-v1