

# FINGER & SLANINA, LLC
## ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

May 16, 2008

**Via CM/ECF**
The Hon. Mary Pat Thynge
U.S. District Court for the District of Delaware
844 N. King St., Lock Box 8
Wilmington, DE 19801

      Re:   *Murakowski v. University of Delaware*, C.A. No. 07-475 MPT

Dear Judge Thynge:

      With the filing today of the Sur-Reply Brief of Plaintiff Maciej Murakowski in Support of His Motion for Summary Judgment (as authorized by the Scheduling Order entered by the Court on March 12, 2008, D.I. 26 & 27), briefing is now complete on the cross-motions for summary judgment in the above-referenced action.

      In accordance with D. Del. Local Rule 7.1.4, by this letter I respectfully request that this Court schedule oral argument on the cross-motions at the Court's earliest convenience.

      As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

      Respectfully,

      David L. Finger
      (DE Bar ID #2556)

cc:   William E. Manning, Esq. (via CM/ECF)