## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACIEJ MURAKOWSKI, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-475-MPT |
| UNIVERSITY OF DELAWARE, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **5th** day of **September, 2008**.

IT IS ORDERED that the due date for the final pretrial order, September 11, 2008, the pretrial conference scheduled for Thursday, September 18, 2008 at 5:30 p.m., and the two-day bench trial scheduled for Wednesday, October 1, 2008 and Thursday, October 2, 2008 are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE